**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2013**

ZEENIA SATTI,

                                        Plaintiff - Appellant,

          versus

WILLIAM CHARLES SIMENSON; KATHERINE SIMENSON;
PERVAIZ IRFAN BHATTI; JOHN DOE, I; JOHN DOE,
II; JOHN DOE, III; JOHN DOE, IV; JOHN DOE, V;
JOHN DOE, VI; JOHN DOE, VII; SARWAR ZIA;
WILLIAM W. CUMMINS, Dr.; FAIRFAX COUNTY POLICE
DEPARTMENT; UNITED STATES STATE DEPARTMENT
EMP; THE PENTAGON,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-05-882)

Submitted:  November 28, 2005        Decided:  December 30, 2005

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Zeenia Satti, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Zeenia Satti appeals the district court's order dismissing without prejudice her 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Satti v. Simenson, No. CA-05-882 (E.D. Va. Sept. 1, 2005). Furthermore, we deny the five motions, filed in the district court after Satti noted her appeal, that were transferred to this court, as well as the motion filed in this court in which she asked that records of her safety deposit box be frozen. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED